| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Graber, Susan P | 2. Court or Organization<br><br>U.S. Court of Appeals 9th Circuit | 3. Date of Report<br><br>05/05/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>The Pioneer Courthouse<br>700 SW 6th Ave<br>Portland OR 97204 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2008 MAY 19 A 11: 48
FINANCIAL DISCLOSURE OFFICE
RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1988 | Oregon Public Employee's Retirement Systems (PERS) with former employer when I was a state court judge.<br>(statutorily defined benefits, no control) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P | 05/05/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Portland General (retirement income) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Columbia Univ School of Law | April 10,11,12, 2007 | New York, NY | Moot Court Competition | transportation, food and lodging |
| 2. | Cornell Law School | April 13,14,15, 2007 | Ithaca, NY | Moot Court Competition | transportation, food and lodging |
| 3. | American Constitution Society for Law and Policy | July 26, 27, 28 2007 | Washington DC | Speaker at Convention | transportation, food and lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab Cash Reserves #1 | A | Dividend | J | T | | | | | |
| 2. Charles Schwab Cash Reserves #2 | A | Dividend | J | T | | | | | |
| 3. Charles Schwab Cash Reserves #3 | A | Dividend | J | T | | | | | |
| 4. Oregon Savings Growth Plan | | None | K | T | | | | | |
| 5. PERS account (See description in Part II (1)) | | None | N | W | | | | | |
| 6. ▮▮▮ Farm LLC - appraisal dated 5/28/98 | D | Distribution | M | Q | | | | | |
| 7. IRA #1 - reported in the aggregate | E | Dividend | | | | | | | |
| 8. --Vanguard Short Term Bond Index Fund | | | M | T | | | | | |
| 9. --Vanguard Intermediate Bond Index Fund | | | M | T | | | | | |
| 10. --Vanguard Index 500 | | | M | T | | | | | |
| 11. --Vanguard Mid-Cap Index | | | M | T | | | | | |
| 12. --Vanguard Total Stock Market Index | | | M | T | | | | | |
| 13. IRA #2 - reported in the aggregate | E | Dividend | | | | | | | |
| 14. --Vanguard Short Term Bond Index Fund | | | L | T | | | | | |
| 15. --Enron Common Stock | | , | J | T | | | | | |
| 16. --Schwab Cash Reserves | | | M | T | | | | | |
| 17. --Vanguard Mid Cap Index Fund | | | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Vanguard Index 500 - gain not reported to us | | | | | Sell | 08/01 | N | | |
| 19. --Vanguard Intermediate Bond Index - gain not report. to us | | | M | T | Sell part | 7/31 | M | | |
| 20. --Vanguard Developed Markets Index Fund | | | N | T | | | | | |
| 21. --Schwab Core Equity Fund | | | N | T | Buy | 8/28 | M | | |
| 22. --Schwab Yield Plus Select | | | | | Buy | 8/1 | M | | |
| 23. --Schwab Yield Plus Select | | | M | T | Sell part | 12/18 | L | | |
| 24. --Fidelity Equity Income Fund | | | L | T | Buy | 8/28 | L | | |
| 25. --Vanguard GNMA Fund | | | L | T | Buy | 12/19 | L | | |
| 26. IRA #3 --Fidelity Spartan International Index Fund | A | Dividend | K | T | | | | | |
| 27. Trust #1 | | | | | | | | | |
| 28. --Vanguard Short Term Bond Index Fund | B | Dividend | K | T | Buy | 12/26 | K | | |
| 29. --Schwab Yield Plus - loss on sale | | | | | Sell part | 6/26 | J | | |
| 30. --Schwab Yield Plus - loss on sale | A | Dividend | | | Sell | 12/24 | K | | |
| 31. --Schwab Cash Reserves | A | Dividend | J | T | | | | | |
| 32. American Century Select | A | Dividend | | | Sell | 8/16 | J | C | |
| 33. Vanguard Index 500 | A | Dividend | J | T | Buy | 8/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, lines 1-3: The Charles Schwab Cash Reserve funds are cash-equivalent funds. ██████████ fund is listed separately.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544